UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-mj-752 (MJD/DTS)

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

(1)  TANNER JOHN SIK and
(2)  ERIC JAY WECKWERTH-
PINEDA,

      Defendants.

**ORDER**

This matter comes before the Court on the parties' joint motion for an order of restitution. Having reviewed the parties' motion and the record in this case, the Court makes the following findings:

1. Pursuant to an agreement between the parties, 18 U.S.C. § 3663(a)(3), Defendants are jointly and severally liable for restitution to Magellan Midstream Partners, L.P., in the amount of $1,122,617.64, and to the EPA in the amount of $16,154.42.

2. Defendant Tanner John Sik's economic circumstances do not allow the payment of any amount of a restitution order, and do not allow for the

payment of the full amount of a restitution order in the foreseeable future under any reasonable schedule of payments.

3.   Defendant Eric Jay Weckwerth-Pineda's economic circumstances do not allow the payment of any amount of a restitution order, and do not allow for the payment of the full amount of a restitution order in the foreseeable future under any reasonable schedule of payments.

IT IS THEREFORE ORDERED that the Defendants must pay, jointly and severally, a total restitution award of $1,138,772.06, with $16,154.42 to be paid to EPA and $1,122,617.64 to the National Pollution Fund Center.  This award is valid until paid or for twenty years from the date of judgment in this case.  The Defendants must each pay $30 per month towards their restitution obligation.  The Defendant must notify the U.S. Attorney's Office and, if applicable, U.S. Probation and Pretrial Services, of any material change in their financial circumstances.

Dated:  October 5, 2021

 s/Michael J. Davis
MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT